■ LEO GROSSMAN et al., Appellants, v. MYRON GORDON, Respondent.— Appeal by plaintiffs, as limited by their brief, from so much of an order of Supreme Court, Kings County, dated October 24, 1968, as, on resettlement of a prior order dated June 3, 1968, denied their application for a preference. Order affirmed insofar as appealed from. No opinion. Appeal from order of the same court dated June 3, 1968 dismissed as academic. That order was superseded by the order of resettlement, dated October 24, 1968. One bill of $10 costs and disbursements is allowed to respondent to cover both appeals. Beldock, P. J., Christ, Rabin, Munder and Martuscello, JJ., concur.

■ LINDA C. INDIERE, Respondent, v. VIRGINIA A. STRICKROTH et al., Appellants.— In a negligence action to recover damages for personal injuries, the appeal is from an order of the Supreme Court, Suffolk County, dated August 5, 1968, which (1) granted plaintiff's motion to set aside a jury verdict in defendants' favor and (2) ordered a new trial. Order reversed, without costs, and jury verdict reinstated. In our opinion, there was not such a clear preponderance of evidence in plaintiff's favor as would warrant setting aside, as contrary to the weight of the evidence, the jury's verdict in defendants' favor. Rabin, Acting P. J., Hopkins, Benjamin, Martuscello and Kleinfeld, JJ., concur.

■ In the Matter of FRANK ACIERNO, Appellant, v. CARL LAMPRECHT et al., Constituting the Board of Appeals of the Incorporated Village of Floral Park, Respondents.— Judgment of the Supreme Court, Nassau County, dated February 28, 1966, affirmed, with $10 costs and disbursements. (*Matter of Karras* v. *Michaelis,* 19 N Y 2d 449; *Matter of Acierno* v. *Barr,* 28 A D 2d 541; cf. *Matter of Fulling* v. *Palumbo,* 21 N Y 2d 30.) Brennan, Acting P. J., Hopkins, Benjamin, Munder and Martuscello, JJ., concur.